UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAMARA ALISHA BATTLES EL,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. C17-1383-MAT

ORDER DIRECTING SERVICE BY CERTIFIED MAIL

Plaintiff's complaint in this Social Security appeal was transferred to this district on September 13, 2017, and she has been granted leave to proceed *in forma pauperis*. Since plaintiff has appeared in this matter *pro se*, the Court will arrange for service of the summons and complaint upon defendant.

1. <u>Service by Clerk</u>.

The Clerk shall issue summonses in this matter appropriate for service on the below-listed parties. The Clerk shall then send a copy of the summons and the complaint, as well as of this Order, to each of the parties listed below via certified mail, postage prepaid and return receipt requested:

/ / /

ORDER DIRECTING SERVICE
BY CERTIFIED MAIL
PAGE - 1

      (a)      Nancy A. Berryhill, Acting Commissioner
　　　　　　　　Social Security Administration
　　　　　　　　c/o
　　　　　　　　Special Assistant United States Attorney
　　　　　　　　Office of the General Counsel – Seattle Region
　　　　　　　　701 Fifth AVE, STE 2900, M/S 901
　　　　　　　　Seattle WA 98104-7075

      (b)      Jeff B. Sessions, Attorney General
　　　　　　　　Office of the Attorney General
　　　　　　　　United States Department of Justice
　　　　　　　　Constitution AVE and 10th ST NW
　　　　　　　　Washington, D.C. 20530

The Clerk shall also send a copy of the summons, complaint, and this Order to the United States Attorney for the Western District of Washington via certified mail, postage prepaid, to the following address:

      (c)      Civil Process Clerk
　　　　　　　　United States Attorney
　　　　　　　　700 Stewart ST
　　　　　　　　Seattle WA 98101-1271

2.    <u>Response Required</u>.

Within sixty (60) days after service, defendant shall file and serve a notice of appearance and an answer or a motion directed to the complaint, as permitted under Rule 12 of the Federal Rules of Civil Procedure. If filing an answer, defendant shall also file the appropriate administrative record at the time the answer is filed.

DATED this <u>10th</u> day of October, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING SERVICE
BY CERTIFIED MAIL
PAGE - 2